THE HONORABLE LAUREN KING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MINNESOTA LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SHERMAN WALKER; RUTH WALKER, individually; RUTH WALKER, as Personal Representative of the Estate of Kimberly Joanne Walker; MAURICE LAMONT HARRISON; and SERENITY FUNERAL HOME & CREMATION, LLC<br><br>Defendants. | Case No. 2:24-cv-01169-LK<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR DISBURSEMENT OF FUNDS AND DISMISSAL OF DEFENDANT SERENITY FUNERAL HOME & CREMATION, LLC<br><br>[Local Court Rules 7(d)] |

This matter comes before the Court on the Parties' Joint Stipulated Motion for Disbursement of Funds and Dismissal of Defendant Serenity Funeral Home & Cremation, LLC. Having reviewed the motion and finding good cause, the Court hereby ORDERS:

1. The Clerk of the Court is authorized and directed to disburse $24,158.27 from the funds deposited in the Court's registry to:

> Integrity Law Group, PLLC
> c/o Yaamini Sharma (Attorney for Serenity)
> 2033 Sixth Avenue, Suite 920
> Seattle, WA 98121

This disbursement shall be made minus any applicable statutory user fees.

[PROPOSED] ORDER FOR DISBURSEMENT OF FUNDS AND DISMISSAL OF DEFENDANT SERENITY FUNERAL HOME & CREMATION, LLC.

Page **1** of **2**

INTEGRITY LAW GROUP, PLLC
2033 6ᵀᴴ AVENUE SUITE 920
SEATTLE, WASHINGTON 98121
PHONE (206) 838-8118
FAX (206) 838-7459

2.   Defendant Serenity Funeral Home & Cremation, LLC is hereby DISMISSED from this action with prejudice.

3.   No further court involvement or enforcement is required as to Serenity Funeral Home & Cremation, LLC.

4.   This case shall proceed as to the remaining Defendants.

**IT IS SO ORDERED.**

Dated: 19th day of May 2025

*Lauren King*
Hon. Lauren King
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER FOR DISBURSEMENT OF FUNDS AND DISMISSAL OF DEFENDANT SERENITY FUNERAL HOME & CREMATION, LLC.

Page **2** of **2**

INTEGRITY LAW GROUP, PLLC
2033 6TH AVENUE SUITE 920
SEATTLE, WASHINGTON 98121
PHONE (206) 838-8118
FAX (206) 838-7459